572

**Joe CUSUMANO, Appellant, v. UNITED STATES of America.**

No. 11738.

Circuit Court of Appeals, Eighth Circuit.

May 2, 1940.

Morris A. Shenker, of St. Louis, Mo., for appellant:

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for failure to comply with Rules, without taxation of costs in favor of either of the parties, on motion of appellee. Defendant ordered to surrender to custody, etc.

**George M. HAIGHT, Receiver of Salt Springs Bank, Appellee, v. FIRST TRUST & DEPOSIT COMPANY, as Trustee of John S. Conway, Appellant.**

No. 270.

Circuit Court of Appeals, Second Circuit.

May 13, 1940.

Hiscock, Cowie, Bruce & Lee, of Syracuse, N. Y. (H. Duane Bruce, of Syracuse, N. Y., of counsel), for appellant.

Keith F. Driscoll, of Syracuse, N. Y., for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Judgment, 33 F.Supp. 72, affirmed on the authority of Strasburger v. Schram, 68 App.D.C. 87, 93 F.2d 246, and Reich v. Van Dyke, 3 Cir., 107 F.2d 682.

**Pete HARMON v. UNITED STATES of America.**

No. 2087.

Circuit Court of Appeals, Tenth Circuit.

June 19, 1940.

Ward, Justus & Ward, of Tulsa, Okl., for appellant.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges, and MURRAH, District Judge.

PER CURIAM.

Appeal dismissed, on motion of appellee at appellant's costs, for failure to prosecute.

**IMPERIAL HAY GROWERS ASSOCIATION v. Robert B. POWELL, Trustee in Bankruptcy for Tiffany Hay Company, Inc., a California Corporation, Bankrupt.**

No. 9460.

Circuit Court of Appeals, Ninth Circuit.

May 27, 1940.

Gerald Willis Myers, of Los Angeles, Cal., for appellant.

Hubert F. Laugharn, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties. Ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and mandate of this court issue forthwith.